AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAY 30 2019

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br><br>Abel CHAVERO<br>YOB: 1971   CITIZENSHIP: United States<br><br>*Defendant(s)* | )<br>)<br>)  Case No. M-19-1234-M<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 29, 2019 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | -did knowingly and intentionally possess with the intent to distribute approximately 39.42 kilograms of methamphetamine, a Schedule II controlled substance. |
| 21 U.S.C § 952 | -did knowingly and intentionally import with the intent to distribute approximately 39.42 kilograms of methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

_____
*Complainant's signature*

Janet Dougherty, U.S. HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 30, 2019 8:23 am

_____
*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Peter Ormsby
*Printed name and title*

Attachment "A"

On May 29, 2019, Department of Homeland Security (DHS), Homeland Security Investigations (HSI), McAllen, Texas Office received information from Customs and Border Protection (CBP), Office of Field Operations (OFO) at the Hidalgo, Texas Port of Entry (POE), in reference to the seizure of approximately 39.42 kg of methamphetamine, which were found in the gas tank of a vehicle making entry into the United States from Mexico. The driver and sole occupant of the vehicle was identified as Abel CHAVERO.

CBP Officer C. Villareal stated the vehicle, driven by CHAVERO, arrived at the primary inspection lane at approximately 6:09 PM. CBP Officer Villareal advised CHAVERO stated the vehicle belonged to him and he was returning from a ranch located in the outskirts of Reynosa, MX. CBP Officer Villareal referred the vehicle to the secondary inspection lanes. Once at secondary inspection, narcotics were located in packages hidden within the gas tank in the vehicle containing a liquid, field testing positive for characteristics of methamphetamine.

HSI McAllen Special Agent responded to assist in the investigation. During a post Miranda interview of CHAVERO, CHAVERO stated on the previous day, May 28, 2019, he arrived at a parking lot of a store in Mission, TX where he met with an individual who gave him the vehicle in which he crossed through the POE. CHAVERO stated that individual told him he would be paid $1,000 USD for driving the vehicle from Mexico to the United States. CHAVERO stated he then drove the vehicle to his home for the night and drove the vehicle on May 29, 2019 to Reynosa, Mexico. CHAVERO stated while in Reynosa, Mexico he gave the vehicle to two individuals who drove the vehicle to an unknown location while he walked around the stores. CHAVERO stated the two individuals returned with the vehicle and he was told to drive the vehicle to a Wal-Mart located in Palmhurst, TX. CHAVERO stated he believed he was driving narcotics in the vehicle from Mexico to the Wal-Mart.